■ DEBORAH RAE LAMB et al., Appellants, v GOVERNOR FOR NEW YORK STATE et al., Respondents. [934 NYS2d 328]— ■

The Supreme Court properly determined that the plaintiffs' claims, which were based on the same subject matter as the plaintiffs' earlier action in federal court, were barred by res judicata (*see Matter of ADC Contr. & Constr., Inc. v Town of Southampton*, 50 AD3d 1025, 1026 [2008]; *Tomasello v Choice Care Long Is.*, 229 AD2d 527, 528 [1996]). Consequently, the Supreme Court properly granted that branch of the defendants' motion which was pursuant to CPLR 3211 (a) (5) to dismiss the complaint (*see Uffer v Travelers Cos., Inc.*, 88 AD3d 690 [2011]).

In light of our determination, we need not reach the remaining contention of the respondent Governor for New York State. Florio, J.P., Balkin, Belen and Chambers, JJ., concur.